IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01610-WDM-KMT

EDITH L. BUNTING,

    Plaintiff,

v.

WAL-MART,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "I, Edith Bunting, Would Like to Motion the Courts to Extend the Time for Filing My Case to Warrant the Acceptance of My Case to the Courts. (Civil Rules Scope of Rules, etc./Rule 8) Niles v. Shinkle, 119 Colo. 458, 204 P.2d 1077 (1949)" (#30, filed July 1, 2008) is **DENIED**. The Federal Rules of Civil Procedure provide that "[a]n application to the court for an order shall be by motion which . . . shall state with particularity the grounds therefor, and shall set forth the relief or order sought." Fed. R. Civ. P. 7(b). Plaintiff's motion is incomprehensible and fails to specify either any grounds for relief or the precise nature of the relief sought.

In addition, Plaintiff failed to confer with Defendants before filing her present motion. The Local Rules of Practice for the District of Colorado (effective April 15, 2002 with updates through January 1, 2008) require all parties to confer on motions and other disputes before a motion is filed. D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).

Furthermore, Fed. R. Civ. P. 5(a)(1) requires that any pleading filed after the original complaint and any written motion be served on any party. Plaintiff did not serve her motion on Defendants. Any further documents filed by Plaintiff not served on Defendants may be stricken.

Dated: July 11, 2008